M. B. Briggs and W. A. McIntosh, both of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

Conviction for a misdemeanor; punishment being assessed at a fine of $100.

No judgment of conviction appears in the transcript.

The recognizance is fatally defective. It does not affirmatively appear that appellant and his sureties acknowledged themselves indebted to the State of Texas in the sum stipulated, conditioned that the appellant should appear before the trial court from day to day and term to term of the same and not depart therefrom without leave of such court, in order to abide the judgment of the Court of Criminal Appeals of the State of Texas. On the contrary, it is shown in the recognizance that the court merely asked appellant and his sureties if they acknowledged themselves severally indebted to the State of Texas, etc. ·

Under the circumstances, this court is without jurisdiction.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal. Appeals and approved by the Court.

## LILLARD v. STATE.
### No. 20335.

Court of Criminal Appeals of Texas.

April 5, 1939.

Rehearing Denied May 17, 1939.

Carney & Carney, of Atlanta, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder, punishment assessed being five years in the penitentiary.

The indictment properly charges the offense. The record contains neither bills of exception nor statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.

On Appellant's Motion for Rehearing.

KRUEGER, Judge.

Appellant, on his motion for a rehearing, urges as his sole contention the fact that

the conviction is contrary to the law and the evidence.

This question cannot be determined by us in the absence of a statement of facts or bills of exceptions.

The motion for a rehearing will·be overruled.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

affirm the judgment, which is accordingly done.